IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. LANGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN PUBLIC EDUCATION INCORPORATED, ET AL.,<br><br>    Defendant._____/ | No. C 13-04214 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendants filed a Motion to Dismiss (dkt. 7) on September 19, 2013. Defendants renoticed their motion on October 9, 2013 (dkt. 17). Plaintiff has yet to file an opposition to the Motion to Dismiss. Plaintiff is ordered to respond to the Motion to Dismiss on or before December 2, 2013. Defendant may file a reply brief by December 9, 2013.

**IT IS SO ORDERED.**

Dated: November 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE