IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER P. LANGAN,

    Plaintiff,

v.

AMERICAN PUBLIC EDUCATION INCORPORATED, ET AL.,

    Defendants.

No. C 13-4214 CRB

**ORDER**

On December 6, 2013, this Court granted *pro se* Plaintiff Christopher P. Langan's Motion for Leave to Amend his complaint. Dkt. 35. Langan has yet to file an amended complaint. Langan is hereby ORDERED to file an amended complaint no later than January 31, 2014.

**IT IS SO ORDERED.**

Dated: January 13, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE