HOGAN LOVELLS US LLP
Jenny Q. Shen (SBN 278883)
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile:  (650) 463-4199
jenny.shen@hoganlovells.com

Stephen F. Barley (admitted *pro hac vice*)
Jeffrey C. Sullivan (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
steve.barley@hoganlovells.com
jeffrey.sullivan@hoganlovells.com

Attorneys for Defendants
American Public Education, Inc. and
American Public University System, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. LANGAN, | Case No.  3:13-cv-04214-CRB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN PUBLIC EDUCATION, INCORPORATED; AMERICAN PUBLIC EDUCATION, INC.; APEI; AMERICAN PUBLIC UNIVERSITY SYSTEM; AMERICAN PUBLIC UNIVERSITY; AMERICAN MILITARY UNIVERSITY; JOHN DOE 1 and DOES 2 through 25, inclusive, | The Honorable Charles R. Breyer |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff and Defendants (collectively, the "Parties") hereby stipulate to the following and ask the Court to enter the Proposed Order as set forth below:

1. On December 9, 2013, the Court rescheduled the Initial Case Management Conference to February 7, 2014 at 8:30 a.m.
2. On January 13, 2014, the Court ordered Plaintiff to file an amended complaint no later than January 31, 2014.
3. Any motion against the amended complaint will be noticed for and heard March 28, 2014.
4. The parties have agreed to jointly request that the Initial Case Management Conference be continued to March 28, 2014 at 8:30 a.m. to coincide with the date for hearing a motion against the amended complaint.

IT IS HEREBY STIPULATED, by and between the parties, that:

The Initial Case Management Conference shall be moved to March 28, 2014 at 8:30 a.m.

IT IS SO STIPULATED.

DATED:  January 29, 2014                    Respectfully submitted,

                                            HOGAN LOVELLS US LLP

                                            By: */s/ Jenny Q. Shen*
                                            Jenny Q. Shen

                                            Attorneys for Defendants
                                            American Public Education, Inc. and
                                            American Public University System, Inc.


                                            By: */s/ Christopher P. Langan*
                                            Christopher P. Langan

                                            Plaintiff Pro Se

**ORDER**

PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that the Initial Case Management Conference is moved to March 28, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 29, 2014   _____
                          THE HONORABLE CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE