IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. LANGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN PUBLIC EDUCATION INCORPORATED, ET AL.,<br><br>　　　　Defendants._____/ | No. C 13-4214 CRB<br><br>**ORDER DISMISSING CASE** |

　　　Plaintiff has failed to meet and confer with Defendants, has failed to oppose Defendants' Motion to Dismiss (dkt. 47), and has failed to appear at the motion hearing on April 4, 2014. Therefore, the case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 4, 2014

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE